**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00429-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE CALVIN LEWIS,

    Defendant.

---

**ORDER TO SET STATUS CONFERENCE**

---

    This matter is before the Court on Defendant's Motion for Hearing on Revocation of Detention Order and Request for Release on Conditions (Doc. # 22) and the United States' Motion for Order to Disclose Results of Defendant's Psychiatric Evaluation (Doc. # 27). The Court hereby ORDERS a status conference set for **January 11, 2010 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse, at which time these and any other outstanding motions will be addressed. Defendant Dwayne Calvin Lewis shall be present at this status conference.

    DATED: January __6__, 2010

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge