**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00429-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE CALVIN LEWIS,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between both parties' counsel and Chambers staff, the status conference set for January 11, 2010 is RESET to **January 14, 2010 at 9:30 a.m.** in Courtroom A602 of the Arraj Courthouse.  Defendant Dwayne Calvin Lewis shall be present at this status conference.

    DATED:  January 8, 2010