**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00429-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE CALVIN LEWIS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to the hearing on January 14, 2010 and the telephone conference between counsel and Chambers staff, sentencing for Defendant Lewis has been SET for **February 12, 2010 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

    DATED:  February 4, 2010